RECEIVED

OCT 28 2020

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | 5:20-cr-00242-01 |
| VERSUS | * | Judge Foote |
| | * | Magistrate Judge Hornsby |
| DAMICHAEL BROWN | * | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
Felon in Possession of a Firearm
[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

On or about December 5, 2019, in the Western District of Louisiana, the Defendant, **Damichael Brown**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Glock pistol, model 19, 9x19 caliber, and ammunition, and the firearm and ammunition were in and affecting interstate or foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). [18 U.S.C. §§ 922(g)(1) and 924(a)(2)].

### COUNT 2
Unlawful Possession of a Machine Gun
Not Registered as Required by Law
[26 U.S.C. §§ 5861(d) and 5871]

On or about December 5, 2019, in the Western District of Louisiana, the defendant, **Damichael Brown**, did knowingly possess a firearm that was a "machinegun" as defined by Section 5845(b) of the National Firearms Act, to wit, said

Glock pistol described in Count 1, in which a conversion device was installed that caused the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, and which firearm was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871. [26 U.S.C. §§ 5861(d) and 5871].

**COUNT 3**
Unlawful Possession of a Machine Gun
[18 U.S.C. §§ 922(o) and 924(a)(2)]

On or about December 5, 2019, in the Western District of Louisiana, the defendant, **Damichael Brown**, did knowingly possess a machinegun as defined by Section 5845(b) of the National Firearms Act, to wit, said Glock pistol described in Count 1, in which a conversion device was installed that caused the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**FORFEITURE NOTICE**

The allegations contained in Counts 1 through 3 of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Rule 32.2(a) of the Federal Rules of Criminal Procedure. As a result of the firearm violations in this Indictment, the Defendant, **Damichael Brown**, shall forfeit to the United States the following firearms and ammunition involved in the aforesaid offense:

1. One (1) Glock pistol, model 19, 9x19 caliber, and ammunition;
2. One (1) machinegun conversion device.

All in accordance with Title 18 United States Code, Sections 924(d) and 3665, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

| | |
|---|---|
| A TRUE BILL:<br><br>*REDACTED*<br>_____<br>GRAND JURY FOREPERSON | ALEXANDER C. VAN HOOK<br>Acting United States Attorney<br><br>By: _____<br>CADESBY B. COOPER<br>NY Registration No. 5415583<br>Assistant United States Attorney<br>300 Fannin Street, Suite 3201<br>Shreveport, LA 71101<br>Telephone: (318) 676.3600 |